UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VINCENT N. DURSO

    Plaintiff.

                                          CIVIL ACTION NO.
                                          3:03CV00445(CFD)

HAMMONASSET FORD L/M INC.

FORD MOTOR CREDIT COMPANY

    Defendants.                                SEPTEMBER 15, 2003


## STIPULATION FOR DISMISSAL

The plaintiff through his attorney Michael W. Kennedy and the defendant Hammonasset Ford L/M Inc. through its attorney William McGrath, Jr. and Ford Motor Credit Company through its attorney David Bizar stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

                                            THE PLAINTIFF

                                            BY_____
                                            Michael W. Kennedy, Esq.
                                            101 W. Main Street
                                            Branford, CT 06405
                                            Fed. Juris No.: CT19664
                                            (203) 481-4040

DATE:

          HAMMONASSET FORD L/M INC.

          BY_____
          William J. McGrath, Jr., Esq.
          Halloran & Sage LLP
          One Goodwin Square
          225 Asylum Street
          Hartford, CT 06103
          Fed. Juris No.: CT04314

DATE:

          FORD MOTOR CREDIT
          COMPANY

          BY_____
          David M. Bizar, Esq.
          Day, Berry & Howard
          Cityplace I
          Hartford, CT 06103-3499
          Fed. Juris No.: CT20444

DATE:

                    HAMMONASSET FORD L/M INC.

                    BY_____
                    William J. McGrath, Jr., Esq.
                    Halloran & Sage LLP
                    One Goodwin Square
                    225 Asylum Street
                    Hartford, CT 06103
                    Fed. Juris No.: CT04314

DATE:

                    FORD MOTOR CREDIT
                    COMPANY

                    BY_____
                    David M. Bizar, Esq.
                    Day, Berry & Howard
                    Cityplace I
                    Hartford, CT 06103-3499
                    Fed. Juris No.: CT20444

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed this 3rd day of November, ~~September,~~ 2003 via United States Mail, postage prepaid to:

William J. McGrath, Jr., Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

David M. Bizar, Esq.
Day, Berry & Howard
Cityplace I
Hartford, CT 06103-3499

_____
Michael W. Kennedy