UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

VINCENT N. DURSO

Plaintiff.

HAMMONASSET FORD L/M INC.

FORD MOTOR CREDIT COMPANY

Defendants.

CIVIL ACTION NO.
3:03CV00445(CFD)

SEPTEMBER 15, 2003

## STIPULATION FOR DISMISSAL

The plaintiff through his attorney Michael W. Kennedy and the defendant Hammonasset Ford L/M Inc. through its attorney William McGrath, Jr. and Ford Motor Credit Company through its attorney David Bizar stipulate that the claims in the above entitled action shall be dismissed with prejudice, and without costs, subject to approval of the Court.

THE PLAINTIFF

BY _____
Michael W. Kennedy, Esq.
101 W. Main Street
Branford, CT 06405
Fed. Juris No.: CT19664
(203) 481-4040

*Approved and so ordered.*